MARY HOSKINS, as Administratrix, etc., Appellant, *v.* JAMES STEWART et al., Respondents.

(Argued June 17, 1892; decided October 11, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 15, 1891, which affirmed a judgment in favor of defendant, entered upon an order nonsuiting plaintiff on trial at Circuit.

*Martin J. Keogh* for appellant.

*Joseph F. Daly* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____

HENRY HEYWOOD et al., Appellants, *v.* WILLIAM M. THACHER, as Assignee, etc., Impleaded, etc., Respondent.

(Argued October 3, 1892; decided October 11, 1892.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made June 3, 1892, which reversed an order of Special Term confirming the report of a referee passing the accounts of an assignee.

*Abram Kling* for appellants.

*Edwin C. Cloyd* for respondent.

Agree to dismiss appeal on argument.
All concur.
Appeal dismissed. _____